## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SELECTIVE INSURANCE   as Subrogee     :
Of ROBERT WALKER                 :     C.A. No.
           v.                :
WACONIA MANUFACTURING, INC. and    :
AJ SACKETT & SONS CO           :

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE:

      Defendant, Waconia Manufacturing, Inc., by and through its attorneys, Rawle &

Henderson LLP, respectfully avers as follows:

      1.     At all material times, plaintiff, Selective Insurance is a corporation duly formed

and existing under the laws of the State of Delaware.   (*See* Exhibit A – Plaintiff's Complaint)

      2.     Defendant, Waconia Manufacturing, Inc. at all material times, is a corporation

duly formed and existing under the laws of Minnesota.(*See* Exhibit A*)*

      3.     Defendant, A J Sackett & Sons Co., at all material times, is a corporation duly

formed and existing under the laws Maryland corporation (*See* Exhibit A)

      4.     Plaintiff has commenced this civil action against defendants in the Superior Court

of Delaware in and for New Castle County.   This Complaint was filed on June 27, 2007 and a

copy of the Complaint was served upon defendant, Waconia Manufacturing, Inc.  on/or about

August 11, 2008 but no earlier than August 5, 2008. (*See Exhibit B*- email and *Exhibit C*

Notice)

2553768-1

5.     Plaintiff has alleged in the complaint that the insured Mr. Walker suffered catastrophic injuries and resulted in paid workman's compensation benefits in excess of $335,000.   In addition, future payments are alleged.

12.     Based upon a fair reading of the Complaint the plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

13.     Diversity of citizenship within the meaning of 28 U.S.C. §1332 exists between plaintiff and defendant since:

(a)     Plaintiff is a citizen and resident of the State of Delaware;

(b)     Defendant, Waconia Manufacturing, Inc., at all material times, was and is a citizen of the State of Minnesota;

(c)     Defendant, A J Sackett & Sons, Inc., at all material times, is a corporation incorporated under the laws of the State of Maryland with its principal places of business located in Maryland.

14.     Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

15.     Defendant, A J Sackett & Sons, Inc., consents to the removal.  (*See* Exhibit D-Consent to Removal)

2553768-1

**WHEREFORE**, defendant, Waconia Manufacturing, Inc. , pray that the above captioned action now pending in the Superior Court of the State of Delaware, New Castle County, be removed therefrom to this Honorable Court.

RAWLE & HENDERSON LLP

By: _____

Della A. Clark (3337)
Attorneys for Defendant,
Waconia Manufacturing, Inc.
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

date:  September 4, 2008

2553768-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within captioned Notice of

Removal of Action was served via regular mail delivery on the below listed counsel for

plaintiffs.

Timothy S. Martin
White & Williams
824 N. Market Street
Suite 902
Wilmington, DE 19899

RAWLE & HENDERSON LLP

Delia A. Clark

Date: September 4, 2008

2553768-1

# EXHIBIT "A"

EFiled: Jun 27 2008 2:39...
Transaction ID 20435656
Case No. 08C-06-235 MM...

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY as Subrogee of ROBERT WALKER 40 WANTAGE AVENUE BRANCHVILLE, NJ 07826 | CIVIL ACTION NO. |
| Plaintiff, | NON-ARBITRATION CASE JURY TRIAL OF 12 DEMANDED |
| v. | |
| WACONIA MANUFACTURING, INC. 33 EAST 8TH STREET WACONIA, MN 55387 | |
| and | |
| AJ SACKETT & SONS CO. 1701 SOUTH HIGHLAND AVENUE BALTIMORE, MD 21224 | |
| Defendants. | |

## COMPLAINT

Plaintiff, Selective Insurance Company as Subrogee of Robert Walker, by and through its attorneys, White and Williams LLP, complains and demands judgment against Defendants, Waconia Manufacturing, Inc. and AJ Sackett & Sons Co., and in support thereof avers as follows:

1.  Plaintiffs Selective Insurance (hereinafter, "Selective") is a corporation organized and existing under the laws of the state of Delaware with a principle place of business located at 40 Wantage Avenue, Branchville, NJ.

PHLDMS1 4450357v.1

2.      Upon information and belief, Waconia Manufacturing, Inc. (hereinafter, "Waconia") is a corporation organized and existing under the laws of the state of Minnesota with a principle place of business at 33 East 8th Street, Waconia, Minnesota 55387.

3.      Upon information and belief, AJ Sackett & Sons Co. (hereinafter, "Sackett") is a corporation organized and existing under the laws of the state of Maryland with a principle place of business at 1701 South Highland Avenue, Baltimore, Maryland.

4.      At all times herein relevant, Selective provided a workers' compensation insurance policy covering the employees of Magco, Inc.

5.      On or about June 29, 2006, Robert Walker, an adult, was an employee of Magco, Inc. working at 6200 Philadelphia Pike, Claymont, Delaware where the subject injury occurred.

6.      Magco, Inc. is in the business of processing salt for road salt, solar salt, and deicing products.

7.      Sackett and Waconia designed, manufactured and/or sold a conveyor (hereinafter "subject conveyor") to Magco which was utilized to transfer salt from a hopper to a dryer.

8.      On June 29, 2006, Robert Walker was supervising the transfer of salt from the subject conveyor to the dryer. As he was helping to negotiate the salt's movement from the conveyor to the dryer, his right arm became entangled in the unguarded conveyor belt drive.

9.      Waconia and Sackett were negligent in its failure to exercise the care of a reasonably prudent manufacturer for designing, manufacturing and/or selling the subject conveyor in a defective state without proper guarding.

PHLDMS1 4460357v.1

-2-

10.     The unguarded subject conveyor where the injury occurred is defective according to manufacturing and design standards, including but not limited to AMSE B20.1 §6.1(a)(2) which requires guarding in areas where conveyor belts wrap around pulleys.

11.     Proper guarding at the end of the conveyor where the belt wraps around a pulley would have prevented Mr. Walker's injury.

12.     As a result of Mr. Walker's arm becoming entangled in the subject conveyor, he suffered catastrophic injuries resulting in medical bills and economic losses.

13.     As a result of Mr. Walker's injury, Selective Insurance Company paid workers; compensation benefits in excess of $335,000 and may continue to make such payments in the future.

WHEREFORE, Selective Insurance Company as Subrogee of Robert Walker, demands judgment in its favor against Waconia for compensatory damages in an amount in excess of $335,000 together with interests, costs, attorney's fees, and other such relief that Court deems appropriate.

WHITE AND WILLIAMS

Attorneys for Plaintiffs, Selective Insurance
Company as Subrogee of Robert Walker

Dated: June 27, 2008

/s/ Timothy Martin

TIMOTHY S. MARTIN, ESQUIRE (#4578)
White and Williams LLP
824 N. Market Street - Suite 902
Wilmington, DE 19899-0709
(302) 467-4509

PHLDMS1 4450357v.1

-3-

# EXHIBIT "B"

**Atwell, Gloria**

| | |
|---|---|
| **From:** | Bloomquist, Shawna |
| **Sent:** | Tuesday, August 12, 2008 2:04 PM |
| **To:** | Hoffman, Eric |
| **Cc:** | Richards, Jim; CMSEDOCS |
| **Subject:** | Claim #951841 |

**Attachments:**     Adc3e3985-1cd6-4b75-a963-192eccc4471e.TIF



Adc3e3985-1cd6
-b75-a963-192ec.

I just talked to our insured and they were served yesterday.   Wanted to email you this as I don't know how long before it shows up in the attachments.  Thanks.

1

# EXHIBIT "C"

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

SELECTIVE INSURANCE COMPANY as
Subrogee of ROBERT WALKER
40 WANTAGE AVENUE
BRANCHVILLE, NJ 07826

        Plaintiff,

    v.

WACONIA MANUFACTURING, INC.
33 EAST 8TH STREET
WACONIA, MN 55387

    and

AJ SACKETT & SONS CO.
1701 SOUTH HIGHLAND AVENUE
BALTIMORE, MD 21224

        Defendants.

CIVIL ACTION NO. 08C-06-235 MMJ

NON-ARBITRATION CASE
JURY TRIAL OF 12 DEMANDED

**Via Registered Mail and First-Class Mail**

TO:  Waconia Manufacturing, Inc.
     33 East 8th Street
     Waconia, Minnesota 55387

PLEASE TAKE NOTICE that the originals of the enclosed Summons, Sheriff Return, and Complaint were served upon the Secretary of State of the State of Delaware, on July 21, 2008, pursuant to 10 Del. C. § 3104.

Service on the Secretary of State, pursuant to 10 Del. C. § 3104, is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware. Please provide an Answer to this Complaint within 20 days as required. Thank you in advance for your attention to this matter.

PHLDMS1 4566778v.1

WHITE AND WILLIAMS, LLP

TIMOTHY S. MARTIN, I.D. #4578
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 467-4509
Martint@whiteandwilliams.com
*Attorneys for Plaintiff Selective Insurance Company*
*as subrogee of Robert Walker*

Dated: August 5, 2008

PHLDMS1 4566778v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SELECTIVE INSURANCE COMPANY :
 as Subrogee of ROBERT WALKER : No.
           :
    v.       :
           :
WACONIA MANUFACTURING, INC. :
 and         :
AJ SACKETT & SONS CO.   : JURY TRIAL DEMANDED

DEFENDANT, A.J. SACKETT & SONS, INC.'S
CONSENT TO REMOVE

Defendant, AJ Sackett and Sons, Co. by and through its attorneys, Paul J.

Sweeney of Linowes and Blocher, LLP, hereby consents to the removal of the above

captioned action to the United States District Court.

Paul Sweeney
LINOWES AND BLOCHER, LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
(301) 961-5119

Counsel for A. J. Sackett & Sons, Inc.
Not Admitted in Delaware

L&B 1053212v1/05560.0001

2548382-1

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Selective Insurance | Waconia Manufacturing, Inc. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New Castle
  (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
  (IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
  Timothy S. Martin, Esquire
  White & Williams
  824 N. Market Street
  Wilmington, DE 19899
  302-467-4509

ATTORNEYS (IF KNOWN) Delia Clark, Esq.
  Rawle & Henderson, LLP
  300 Delaware Avenue, Ste. 1015, Wilmington, DE 19801
  (302) 778-1200

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
For diversity cases only    (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | 4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated or Principal Place of Business in Another State | 5 | ☒6 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | | ☐5 |
|  |  |  |  | 6 | |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
Appeal to District
☐ 7 Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury-- Med Malpractice | ☐620 Other Food&Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury-- Product Liability | ☐625 Drug Related Seizure of Property 21, USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employer's Liability | | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Exc. Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☒350 Motor Vehicle | ☐371 Truth in Lending | | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholder's Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395FF) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| | | | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| | | | ☐790 Other Labor Litigation | ☐865 RIS (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐791 Empl. Ret. Inc. Security Act | | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/Accommodations | ☐530 General | | ☐870 Taxes (U.S. Plaintiff or Defendant) | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐540 Mandamus & Other | | ☐871 IRS – Third Party 26 USC 7609 | |
| ☐290 All Other Real Property | | ☐550 Civil Rights | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATURE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. §§ 1332 & 1446 (d). Motor vehicle accident with personal injuries alleged.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions)

JUDGE

DOCKET NUMBER

DATE: September 4, 2008    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT $ _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____