IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SELECTIVE INSURANCE   as Subrogee<br>Of ROBERT WALKER<br>   v.<br>WACONIA MANUFACTURING, INC. and<br>AJ SACKETT & SONS CO | :<br>:   C.A. No.<br>:<br>:<br>: |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, Waconia Manufacturing, Inc., by and through its attorneys, Rawle & Henderson LLP, respectfully avers as follows:

1. At all material times, plaintiff, Selective Insurance is a corporation duly formed and existing under the laws of the State of Delaware.   (*See* Exhibit A – Plaintiff's Complaint)

2. Defendant, Waconia Manufacturing, Inc. at all material times, is a corporation duly formed and existing under the laws of Minnesota.(*See* Exhibit A*)*

3. Defendant, A J Sackett & Sons Co., at all material times, is a corporation duly formed and existing under the laws Maryland corporation  (*See* Exhibit A)

4. Plaintiff has commenced this civil action against defendants in the Superior Court of Delaware in and for New Castle County.   This Complaint was filed on June 27, 2007 and a copy of the Complaint was served upon defendant, Waconia Manufacturing, Inc. on/or about August 11, 2008 but no earlier than August 5, 2008. (*See Exhibit B*- email and *Exhibit C* Notice)

2553768-1

5. Plaintiff has alleged in the complaint that the insured Mr. Walker suffered catastrophic injuries and resulted in paid workman's compensation benefits in excess of $335,000. In addition, future payments are alleged.

12. Based upon a fair reading of the Complaint the plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

13. Diversity of citizenship within the meaning of 28 U.S.C. §1332 exists between plaintiff and defendant since:

   (a) Plaintiff is a citizen and resident of the State of Delaware;

   (b) Defendant, Waconia Manufacturing, Inc., at all material times, was and is a citizen of the State of Minnesota;

   (c) Defendant, A J Sackett & Sons, Inc., at all material times, is a corporation incorporated under the laws of the State of Maryland with its principal places of business located in Maryland.

14. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

15. Defendant, A J Sackett & Sons, Inc., consents to the removal. (*See* Exhibit D-Consent to Removal)

2553768-1

**WHEREFORE**, defendant, Waconia Manufacturing, Inc., pray that the above captioned action now pending in the Superior Court of the State of Delaware, New Castle County, be removed therefrom to this Honorable Court.

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark (3337)
Attorneys for Defendant,
Waconia Manufacturing, Inc.
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

date: September 4, 2008

2553768-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within captioned Notice of Removal of Action was served via regular mail delivery on the below listed counsel for plaintiffs.

Timothy S. Martin
White & Williams
824 N. Market Street
Suite 902
Wilmington, DE  19899

RAWLE & HENDERSON LLP

_____
Delia A. Clark

Date:  September 4, 2008

2553768-1