# EXHIBIT "A"

EFiled: Jun 27 2008 2:39
Transaction ID 20435656
Case No. 08C-06-235 MM

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY as Subrogee of ROBERT WALKER<br>40 WANTAGE AVENUE<br>BRANCHVILLE, NJ 07826<br><br>Plaintiff,<br><br>v.<br><br>WACONIA MANUFACTURING, INC.<br>33 EAST 8TH STREET<br>WACONIA, MN 55387<br><br>and<br><br>AJ SACKETT & SONS CO.<br>1701 SOUTH HIGHLAND AVENUE<br>BALTIMORE, MD 21224<br><br>Defendants. | CIVIL ACTION NO.<br><br>NON-ARBITRATION CASE<br>JURY TRIAL OF 12 DEMANDED |

## COMPLAINT

Plaintiff, Selective Insurance Company as Subrogee of Robert Walker, by and through its attorneys, White and Williams LLP, complains and demands judgment against Defendants, Waconia Manufacturing, Inc. and AJ Sackett & Sons Co., and in support thereof avers as follows:

1. Plaintiff's Selective Insurance (hereinafter, "Selective") is a corporation organized and existing under the laws of the state of Delaware with a principle place of business located at 40 Wantage Avenue, Branchville, NJ.

PHLDMS1 4450357v.1

2. Upon information and belief, Waconia Manufacturing, Inc. (hereinafter, "Waconia") is a corporation organized and existing under the laws of the state of Minnesota with a principle place of business at 33 East 8th Street, Waconia, Minnesota 55387.

3. Upon information and belief, AJ Sackett & Sons Co. (hereinafter, "Sackett") is a corporation organized and existing under the laws of the state of Maryland with a principle place of business at 1701 South Highland Avenue, Baltimore, Maryland.

4. At all times herein relevant, Selective provided a workers' compensation insurance policy covering the employees of Magco, Inc.

5. On or about June 29, 2006, Robert Walker, an adult, was an employee of Magco, Inc. working at 6200 Philadelphia Pike, Claymont, Delaware where the subject injury occurred.

6. Magco, Inc. is in the business of processing salt for road salt, solar salt, and deicing products.

7. Sackett and Waconia designed, manufactured and/or sold a conveyor (hereinafter "subject conveyor") to Magco which was utilized to transfer salt from a hopper to a dryer.

8. On June 29, 2006, Robert Walker was supervising the transfer of salt from the subject conveyor to the dryer. As he was helping to negotiate the salt's movement from the conveyor to the dryer, his right arm became entangled in the unguarded conveyor belt drive.

9. Waconia and Sackett were negligent in its failure to exercise the care of a reasonably prudent manufacturer for designing, manufacturing and/or selling the subject conveyor in a defective state without proper guarding.

-2-

PHLDMS1 4450357v.1

10. The unguarded subject conveyor where the injury occurred is defective according to manufacturing and design standards, including but not limited to AMSE B20.1 §6.1(a)(2) which requires guarding in areas where conveyor belts wrap around pulleys.

11. Proper guarding at the end of the conveyor where the belt wraps around a pulley would have prevented Mr. Walker's injury.

12. As a result of Mr. Walker's arm becoming entangled in the subject conveyor, he suffered catastrophic injuries resulting in medical bills and economic losses.

13. As a result of Mr. Walker's injury, Selective Insurance Company paid workers; compensation benefits in excess of $335,000 and may continue to make such payments in the future.

WHEREFORE, Selective Insurance Company as Subrogee of Robert Walker, demands judgment in its favor against Waconia for compensatory damages in an amount in excess of $335,000 together with interests, costs, attorney's fees, and other such relief that Court deems appropriate.

Dated: June 27, 2008

WHITE AND WILLIAMS
Attorneys for Plaintiffs, Selective Insurance Company as Subrogee of Robert Walker

/s/ Timothy Martin
TIMOTHY S. MARTIN, ESQUIRE (#4578)
White and Williams LLP
824 N. Market Street - Suite 902
Wilmington, DE 19899-0709
(302) 467-4509

PHLDMS1 4450357v.1

-3-