IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SELECTIVE INSURANCE as Subrogee Of ROBERT WALKER<br>v.<br>WACONIA MANUFACTURING, INC. and AJ SACKETT & SONS CO | C.A. No. |

## DEFENDANT'S RULE 7.1 DISCLOSURE

Defendant, Waconia Manufacturing, Inc., by and through its attorneys, Rawle & Henderson LLP, submits the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Waconia Manufacturing, Inc., (a non-governmental corporate party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark (DAC #3337)
Attorneys for Defendant, Waconia Manufacturing, Inc.
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

2553716-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned 7.1 Disclosure was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Timothy S. Martin, Esquire
White & Williams

824 N. Market Street

Wilmington, DE 19899

                               RAWLE & HENDERSON LLP

                               */s/ Delia A. Clark*
                               Delia A. Clark

Dated: September 4, 2008

2553716-1