# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY of America as subrogee of ROBERT WALKER, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO.: 08-00562(MPT) |
| v. | : : : | TRIAL BY JURY OF 12 DEMANDED |
| WACONIA MANUFACTURING, INC. and AJ SACKETT & SONS CO., | : : : | |
| Defendants. | : : | |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by the undersigned that all claims by Selective Insurance Company of America as subrogee of Robert Walker in the above entitled action are dismissed and discontinued with prejudice and without interest or cost to any party. This stipulation may be filed with the Court without further notice.

 /s/ Timothy S. Martin
Timothy Martin, Esquire  (#4578)
Robert F. Horn, Esquire (Pro Hac)
White and Williams LLP
824 N. Market Street - Suite 902
Wilmington, DE  19899-0709
Email: martint@whiteandwilliams.com
*For Selective Insurance Company a/s/o Robert Walker*

 /s/ Delia A. Clark
Delia A. Clark, Esquire (#3337)
Catherine N. Walto, Esquire (Pro Hac)
Rawle & Henderson, LLP
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
Email: dclark@rawle.com
*For Waconia Manufacturing, Inc.*

 /s/ Michael I. Silverman
Michael I. Silverman, Esquire (#3034)
Silverman, McDonald and Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
Email: mike@silverman-mcdonald.com
*For AJ Sackett*

6027118v.1

So Ordered by the Court:

_____
Honorable Mary Pat Thygne